# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| NASSIR WHITE,<br><br>          Petitioner<br><br>       v.<br><br>COURT OF COMMON PLEAS PHILADELPHIA COUNTY, ET AL; JEROME WALSH, SUPERINTENDENT SCI-DALLAS, SETH WILLIAMS, DISTRICT ATTORNEY OF PHILADELPHIA, KATHLEEN KANE, ATTORNEY GENERAL OF PENNSYLVANIA,<br><br>          Respondents | : No. 63 EM 2015<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.